**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Amara Harris, Plaintiff v. City of Naperville, et al., Defendants.

Case Number: 24-CV-04196

An appearance is hereby filed by the undersigned as attorney for:
City of Naperville, Officer Juan Leon, and Sgt. Jonathan W. Pope

Attorney name (type or print): Michael D. Bersani

Firm: Hervas, Condon & Bersani, P.C.

Street address: 333 Pierce Road, Suite 195

City/State/Zip: Itasca, IL 60143

Bar ID Number: 06200897
(See item 3 in instructions)

Telephone Number: 630-773-4774

Email Address: mbersani@hcbattorneys.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 24, 2024

Attorney signature: S/ Michael D. Bersani
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMARA HARRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF NAPERVILLE, ILLINOIS, ) <br> a municipal corporation, ) <br> OFFICER JUAN LEON, and ) <br> SGT. JONATHAN W. POPE, ) <br> ) <br> Defendants. ) | Case No.: 24-CV-04196 <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing ***Appearance of Michael D. Bersani on behalf of Defendants,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**TO:** Sheridan T. Yeary, Esq.  
The Yeary Firm, LLC  
P. O. Box 682  
Columbia, MD 21045  
styeary@yearylegal.com

Juan R. Thomas, Esq.  
The Thomas Law Group  
525 N. Broadway, Ste. 575  
Aurora, IL 60507  
jt@juanthomaslaw.com

/s/ Michael D. Bersani  
MICHAEL D. BERSANI, ARDC No.: 06200897  
G. DAVID MATHUES, ARDC No.: 06293314  
*Attorneys for Defendants*  
HERVAS, CONDON & BERSANI, P.C.  
333 Pierce Road, Suite 195  
Itasca, IL 60143-3156  
630-773-4774  
dmathues@hcbattorneys.com  
mbersani@hcbattorneys.com